UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSE GUADALUPE VILLEGAS-GAMEZ, Defendant. | Case No. 1:03-cr-00129-BLW **ORDER GRANTING MOTION TO DISMISS INDICTMENT** |
|---|---|

IT IS HEREBY ORDERED that the Government's Motion to Dismiss (Dkt. 17) is **GRANTED**, the Indictment (Docket No. 1) is **DISMISSED**, and that the Bench Warrant is **QUASHED**.

DATED: September 18, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER**- 1